**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | | |
|---|---|---|
| JUSTIN NELSON<br>*on behalf of himself and*<br>*others similarly situated,* | ) ) ) ) | Case No. 2:26-cv-10481-MFL-KGA |
| Plaintiff, | ) ) ) | District Judge Hon. Matthew F. Leitman |
| v. | ) ) | Magistrate Judge Kimberly G. Altman |
| OMAHASTEAKS.COM, LLC | ) ) | |
| Defendant. | ) ) ) | |

**CORPORATE DISCLOSURE STATEMENT OF**
**DEFENDANT OMAHASTEAKS.COM, LLC**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant OMAHASTEAKS.COM, LLC, makes the following disclosures.

1.     If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:  **No parent corporation or publicly held corporation owns 10% or more of OMAHASTEAKS.COM, LLC.**

**DATED**: April 13, 2026

1

Respectfully submitted:

*/s/ Lisa A. Messner*
Lisa A. Messner
Ohio Bar No. 74034
Admitted to E.D. Michigan October 10, 2019
Mac Murray & Shuster, LLP
6525 West Campus Oval, Suite 210
New Albany, Ohio 43054
T: (614) 939-9955
F: (614) 939-9954
Email: lmessner@mslawgroup.com

David W. Warren
Michigan License #P32449
Admitted to E.D. Michigan June 11,1981
Joelson Rosenberg, PLC
30665 Northwestern Hwy., Ste. 200
Farmington Hills, MI 48334
T: (248) 855-2233
F: (248) 855-2388
Email: dwarren@jrlawplc.com

*Attorneys for Defendant*
*OmahaSteaks.com, LLC*

2

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing has been filed electronically with the United States District Court for the Eastern District of Michigan on this 13th day of April, 2026. Notice of this filing will be sent by email to all counsel by operation of the Court's electronic filing system, and all counsel may access this filing through that system.

Respectfully submitted:

*/s/ Lisa A. Messner*
Lisa A. Messner
Ohio Bar No. 74034
Admitted to E.D. Michigan October 10, 2019

*Attorney for Defendant*
*OmahaSteaks.com, LLC*