## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

JUSTIN NELSON                 )
*on behalf of himself and*    )      Case No. 2:26-cv-10481-MFL-KGA
*others similarly situated,*    )
                          )      District Judge Hon. Matthew F.
          Plaintiff,       )      Leitman
                          )
v.                         )      Magistrate Judge Kimberly G. Altman
                          )
OMAHASTEAKS.COM, LLC    )
                          )
          Defendant.     )
                          )

## <u>APPEARANCE OF COUNSEL</u>

To:     The clerk of court and all parties of record

Please take notice that attorney David W. Warren, of the law firm of Joelson Rosenberg, PLC, 30665 Northwestern Hwy., Suite 200, Farmington Hills, MI 48334, hereby gives notice of his appearance as local counsel for Defendant OmahaSteaks.Com, LLC.

I am admitted or otherwise authorized to practice in this court.

Dated: April 13, 2026                 */s/ David W. Warren*
                                        David W. Warren (P32449)
                                        30665 Northwestern Hwy., Ste. 200
                                        Farmington Hills, MI 48334
                                        dwarren@jrlawplc.com
                                        248-626-9966

1

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing has been filed electronically with the United States District Court for the Eastern District of Michigan on this 13th day of April 2026. Notice of this filing will be sent by email to all counsel by operation of the Court's electronic filing system, and all counsel may access this filing through that system.

Respectfully submitted:

*/s/ David W. Warren*
David W. Warren (P32449)
Attorney for Defendant
OmahaSteaks.com, LLC