**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | | |
|---|---|---|
| JUSTIN NELSON | ) | |
| *on behalf of himself and* | ) | Civil Action No.: 2:26-cv-10481 |
| *others similarly situated*, | ) | |
| | ) | Class Action Complaint |
| Plaintiff, | ) | |
| | ) | Jury Trial Demanded |
| v. | ) | |
| | ) | |
| OMAHASTEAKS.COM, LLC | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT MOTION TO EXTEND DEADLINE TO FILE RULE 26(f) DISCOVERY PLAN**

Plaintiff Justin Nelson and Defendant Omahasteaks.com, LLC, by and through their respective counsel, jointly move this Court for an extension of time to file their Rule 26(f) discovery plan. In support of this Motion, the parties state as follows:

1.     On April 13, 2026, the Court entered a text-only order directing the parties to meet and confer pursuant to Federal Rule of Civil Procedure 26(f) and to file a joint discovery plan on or before May 11, 2026.

2.     Since that time, the parties have been actively engaged in discussions regarding the case, including the exchange and collection of relevant information.

3.     The parties are currently working toward a potential early resolution of this matter and anticipate engaging in mediation in the near term.

4.     In light of these efforts, the parties believe that a brief extension of the Rule 26(f) deadline will promote judicial economy and conserve the resources of both the Court and the parties.

5.     Specifically, the parties request a 60-day extension, up to and including July 10,

1

2026, to file their joint discovery plan.

6.     This is the first request for an extension of this deadline, and it is made in good faith and not for purposes of delay.

7.     Granting this Motion will not prejudice any party and will allow the parties to focus on resolving the matter without unnecessary litigation costs.

WHEREFORE, the parties respectfully request that the Court extend the deadline to file the Rule 26(f) discovery plan from May 11, 2026 to July 10, 2026, and grant such other relief as the Court deems just and proper.

Dated: May 5, 2026                    PLAINTIFF, on behalf of himself
                                      and others similarly situated,


                                      */s/ Anthony I. Paronich*
                                      Anthony I. Paronich
                                      Paronich Law, P.C.
                                      350 Lincoln Street, Suite 2400
                                      Hingham, MA 02043
                                      (508) 221-1510
                                      anthony@paronichlaw.com


                                      */s/ Lisa A. Messner*
                                      Lisa A. Messner
                                      Ohio Bar No. 74034
                                      Admitted to E.D. Michigan October 10, 2019
                                      Mac Murray & Shuster, LLP
                                      6525 West Campus Oval, Suite 210
                                      New Albany, Ohio 43054
                                      T: (614) 939-9955
                                      F: (614) 939-9954
                                      Email: lmessner@mslawgroup.com

                                      *Attorney for Defendant,*
                                      *OmahaSteaks.com, LLC*

2