**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | | |
|---|---|---|
| JUSTIN NELSON | ) | |
| *on behalf of himself and* | ) | Civil Action No.: 2:26-cv-10481 |
| *others similarly situated*, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| OMAHASTEAKS.COM, LLC | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties file this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The putative class claims are dismissed without prejudice.


DATED this 17th day of July, 2026.

> */s/ Anthony Paronich*
> Anthony I. Paronich
> Paronich Law, P.C.
> 350 Lincoln Street, Suite 2400
> Hingham, MA 02043
> Tel: (617) 485-0018
> anthony@paronichlaw.com
>
> *Counsel for Plaintiff*
>
> */s/ E. Keith Emanuel*
> Ryan D. Watstein
> E. Keith Emanuel
> Watstein Terepka LLP
> 75 14th Street NE, Suite 2600
> Atlanta, Georgia 30309
> Tel: (404) 782-0695
> ryan@wtlaw.com
> kemanuel@wtlaw.com
>
> *Counsel for Defendant*