**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

JUSTIN NELSON,

       Plaintiff,                              Case No. 26-cv-10481
                                                Hon. Matthew F. Leitman

v.

OMAHASTEAKS.COM, LLC,

       Defendant.

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties file this Stipulation of Dismissal with Prejudice pursuant to Fed. R.

Civ. P. 41(a)(1)(A)(ii). The putative class claims are dismissed without prejudice.

DATED this 20th day of July, 2026.

                                 */s/ Anthony Paronich*
                                 Anthony I. Paronich
                                 Paronich Law, P.C.
                                 350 Lincoln Street, Suite 2400
                                 Hingham, MA 02043
                                 Tel: (617) 485-0018
                                 anthony@paronichlaw.com

                                 *Counsel for Plaintiff*

                                 */s/ E. Keith Emanuel*
                                 Ryan D. Watstein
                                 E. Keith Emanuel
                                 Watstein Terepka LLP
                                 75 14th Street NE, Suite 2600
                                 Atlanta, Georgia 30309
                                 Tel: (404) 782-0695
                                 ryan@wtlaw.com
                                 kemanuel@wtlaw.com

                                 *Counsel for Defendant*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

JUSTIN NELSON,

       Plaintiff,

v.

OMAHASTEAKS.COM, LLC,

       Defendant.

Case No. 26-cv-10481
Hon. Matthew F. Leitman

_____/

## __ORDER OF DISMISSAL__

Pursuant to the parties' Stipulation of Dismissal with Prejudice and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY ORDERED that:

1.  Plaintiff's individual claims against Defendant are DISMISSED WITH PREJUDICE.

2.  The putative class claims are DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  July 20, 2026

2